PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2020

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: April 21, 2011 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: August 19, 2020 |
| Original Sentence: Prison - 195 months; TSR - 60 months | Date Supervision Expires: August 18, 2025 |
| Amended Sentence: Prison - 3824 days TSR - 60 months | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You must abstain from the use of illegally controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The offender is currently being supervised by the District of Montana. In order to further assist the monitoring of the offender for illegal substance use the above modification of conditions with Mr. Hall's and his attorney's consent is requested.

|   | Respectfully submitted, |
|---|---|
| by | s/Richard Law |
|   | Richard Law<br>Supervisory U.S. Probation Officer<br>Date: September 18, 2020 |

Prob 12B

**Re: Hall, Eddie Ray**
**September 18, 2020**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

09/21/2020
Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19     You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Witness: _____     Signed: _____
                      Richard Law                                     Eddie Ray Hall
                U.S. Probation Officer                          Probationer or Supervised Releasee

_____
Date