# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: April 21, 2011 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: August 19, 2020 |
| Original Sentence: Prison - 195 months; TSR - 60 months | Date Supervision Expires: August 18, 2025 |
| Sentence Reduction: Prison - Time Served (August 18, 2020) TSR - 60 months | |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 17, by ingesting a controlled substance, methamphetamine, on or about October 16, 2020.

On August 27, 2020, Mr. Hall's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.

On September 17, 2020, a sweat patch was placed on the offender by Compliance Monitoring Systems. On October 16, 2020, the sweat patch was tested by Clinical Reference Laboratory and returned positive for methamphetamine. The offender adamantly denied use of methamphetamine and informed his supervising officer that he may have been exposed to the substance while remodeling his current residence.

**U.S. Probation Officer Action**:

The offender is currently being supervised in the District of Montana. His supervising officer, Evin Hansen, advised that Mr. Hall has struggled with his transition back into the community; however, he is in compliance with the remaining conditions of his supervision. He is currently residing in Hungry Horse, Montana, and is in the process of applying for social security disability based on his chronic health issues. To address the aforementioned positive drug test, the supervising officer intends to refer the offender for substance abuse treatment and to continue him in the random drug testing program.

It is hoped that the intermediate sanction imposed meets the expectations of the Court. Please advise the undersigned officer if Your Honor requires a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: October 20, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/21/2020
Date