PROB 12A
(6/16)

# United States District Court

## for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: April 21, 2011 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: August 19, 2020 |
| Original Sentence: Prison - 195 months  TSR - 60 months | Date Supervision Expires: August 18, 2025 |
| Sentence Reduction: Prison - Time Served (August 18, 2020) TSR - 60 months | |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 17 by ingesting a controlled substance, methamphetamine, on or about October 31, 2020.

On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.

On October 7, 2020, a sweat patch was placed on the offender by Compliance Monitoring Systems. On October 31, 2020, the sweat patch was tested by Clinical Reference Laboratory and returned positive for methamphetamine.

On November 2, 2020, the supervising officer contacted Mr. Hall to address the above-referenced positive drug test result. Mr. Hall adamantly denied use of methamphetamine and stated he had no knowledge of how it may have entered his system.

**U.S. Probation Officer Action**:

On October 20, 2020, the probation officer submitted a Report on Offender Under Supervision to the Court advising the offender tested positive for methamphetamine on or about October 16, 2020. Mr. Hall adamantly denied use of methamphetamine and informed his supervising officer that he may have been exposed to the substance while renovating his current residence. The probation officer recommended that no action be taken and Your Honor concurred with this request on October 21, 2020.

As previously noted, the offender continues to deny use of methamphetamine despite having tested positive twice for the substance. His supervising officer intends to continue him in the random drug testing program and may also require him to make adjustments to his current living situation. Mr. Hall's probation officer advised the undersigned that the offender has not been referred for substance abuse treatment because the treatment provider will not recommend treatment services if Mr. Hall denies use of controlled substances.

The offender is currently residing in Hungry Horse, Montana, and is in the process of applying for social security disability based on his chronic health issues.

It is hoped that the intermediate sanction imposed meets the expectations of the Court. Please advise the undersigned officer if Your Honor requires a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: November 2, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/3/2020
Date