# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> EDDIE RAY HALL, <br><br> Defendant. | Case No.    2:09-CR-116-RHW-1 <br><br> **CRIMINAL MINUTES** <br><br> DATE:    DECEMBER 7, 2020 <br><br> LOCATION:   TELEPHONIC <br><br> **STATUS CONFERENCE HEARING** |

| | | | |
|---|---|---|---|
| | **HON. ROBERT H. WHALEY** | | |
| Michelle Fox <br> **Courtroom Deputy** | **Law Clerk** | **Interpreter** | Not Reported <br> **Court Reporter** |
| James Goeke <br><br> **Government Counsel** | | Colin Prince <br><br> **Defense Counsel** | |
| **United States Probation Officer:**   Evin Hansen, Lori Cross, Richard Law ||||

  **[ ]  Open Court**          **[ X ]  Telephone Conference**          **[ ]  Video Conference**

10:30 a.m. - Court contacted the Probation Officers to discuss the Summons issued for Eddie Hall.

Court and Probation Officers discussed possible options for Mr. Hall.

Recess 11:00 a.m.

11:45 a.m. - Court contacted counsel to discuss conference with Probation Officers and hearing for Mr. Hall.

Court and counsel discuss options for Mr. Hall.

Court will hear the initial appearance and the supervised release hearing on December 29, 2020. Will inform Magistrate Chambers.

**[ ]  ORDER FORTHCOMING**

| **CONVENED: 10:30 A.M.** <br> **11:45 A.M.** | **ADJOURNED: 11:00 A.M.** <br> **12:00 P.M.** | **TIME:  30 MIN.** <br> **15 MIN. = 45 MIN.** | **CALENDARED    [ X ]** |
|---|---|---|---|