# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddie Ray Hall     Case Number: 0980 2:09CR00116-RHW-1

Address of Offender:                                Montana 59919

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

Original Offense:     Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 195 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(August 18, 2020) | Prison - Time Served<br>TSR - 60 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 19, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 18, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/3/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 17, by ingesting illegal controlled substances, methamphetamine, morphine, and heroin, on or about December 4, 2020.<br><br>On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances. |

Prob12C
Re: Hall, Eddie Ray
December 14, 2020
Page 2

On November 18, 2020, a sweat patch was placed on the offender by Compliance Monitoring Systems. On December 4, 2020, the sweat patch was tested by Clinical Reference Laboratory and returned positive for methamphetamine, morphine, and heroin.

The supervising officer contacted Mr. Hall to address the aforementioned positive drug test result and he adamantly denied use of controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 14, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other

Defendant shall appear by video on 12/29/2020 at 1:30 p.m.

Signature of Judicial Officer

12/17/2020
Date