PROB 12C
(6/16)

Report Date: December 21, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |
| Address of Offender: | Montana 59919 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 195 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(August 18, 2020) | Prison - Time Served<br>TSR - 60 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 19, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: August 18, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/03/2020 and 12/14/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  The offender is alleged to have violated special condition number 17, by ingesting an illegal controlled substance, methamphetamine, on or about December 19, 2020. |
| | On August 27, 2020, Mr. Hall's conditions of supervision were reviewed with his supervising officer, and he signed said conditions acknowledging he understood his requirements.  Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances. |

Prob12C
**Re: Hall, Eddie Ray**
**December 21, 2020**
**Page 2**

On December 2, 2020, a sweat patch was placed on the offender by Compliance Monitoring Systems. On December 19, 2020, the sweat patch was tested by Clinical Reference Laboratory and returned positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/21/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Signature of Judicial Officer_

12/22/2020

Date