PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: December 3, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2020**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |
| Address of Offender: | Montana 59919 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 195 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(August 18, 2020) | Prison - Time Served<br>TSR - 60 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 19, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 18, 2025 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 17, by ingesting illegal controlled substances, methamphetamine and opiates, on or about November 22, 2020.<br><br>On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.<br><br>On November 4, 2020, a sweat patch was placed on the offender by Compliance Monitoring Systems. On November 22, 2020, the sweat patch was tested by Clinical Reference Laboratory and returned positive for methamphetamine and opiates. |

Prob12C
**Re: Hall, Eddie Ray**
**December 3, 2020**
**Page 2**

On November 24, 2020, Mr. Hall was contacted by his supervising officer to address the aforementioned positive drug test result. Mr. Hall adamantly denied use of illegal controlled substances and indicated he had no knowledge of how it may have entered his system.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 3, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

12/4/2020
Date