( PROB 12C
(6/16)

Report Date: February 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddie Ray Hall                           Case Number: 0980 2:09CR00116-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

Original Offense:        Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or
                         More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison - 195 months                Type of Supervision: Supervised Release
                         TSR - 60 months

Sentence Reduction:      Prison - Time Served
(August 18, 2020)        TSR - 60 months

Asst. U.S. Attorney:     James A. Goeke                     Date Supervision Commenced: August 19, 2020

Defense Attorney:        Colin G. Prince                    Date Supervision Expires: August 18, 2025

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/3/2020, 12/14/2020, and 12/21/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

        4               **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled
                        substance. The defendant shall refrain from any unlawful use of a controlled substance. The
                        defendant shall submit to one drug test within 15 days of release from imprisonment and at
                        least two periodic drug tests thereafter, as determined by the court.

                        **Supporting Evidence**: The offender is alleged to have violated mandatory condition number
                        3, by ingesting a controlled substance, methamphetamine, on or about February 8, 2021.

                        On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said
                        conditions acknowledging he understood his requirements. Specifically, he was made aware
                        by the U.S. probation officer that he shall refrain from any unlawful use of a controlled
                        substance.

Prob12C
**Re: Hall, Eddie Ray**
**February 12, 2021**
**Page 2**

On February 10, 2021, a three-way telephone call was conducted with the probation officer, Mr. Hall, and defense counsel. During that conversation, Mr. Hall admitted to using one gram of methamphetamine daily for a 1 week period. Further, he indicated he last used the aforementioned substance on or about February 8, 2021.

5     **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 1, when he left the judicial district without the permission of his probation officer on or about February 6, 2021.

On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not leave the judicial district without permission of the probation officer.

On February 6, 2021, the probation officer received notification that the offender's name was run by the Washington State Patrol. Subsequently, Mr. Hall was contacted by his assigned officer, at which time, he admitted he traveled to Spokane, Washington, to visit his son on or about February 6, 2021. Further, he advised he was stopped by the Washington State Patrol and was issued a ticket. It should be noted, on February 6, 2021, Mr. Hall was cited for speeding and no valid operator's license with valid identification, infraction number 1A0239032.

6     **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Special Condition #18**: The U.S. Probation Office for the District of Montana shall have discretion to limit Defendant's travel to the extent it deems necessary, up to and including the imposition of home detention. The supervising officer shall have discretion to fashion the specific nature of these travel restrictions depending on the circumstances of the case, the Defendant's habits, the resources available to both the Probation Office and Defendant (e.g. access to a cellular telephone, vehicle, etc.), and other relevant factors.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, and special condition number 18, by failing to follow the probation officer's instructions in relation to his home detention requirements on or about February 11, 2021.

On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must follow the instructions of his supervising officer. He was also made aware by the U.S. probation officer that the District of Montana had discretion to impose home detention, if deemed necessary.

On February 9, 2021, Mr. Hall was placed on home detention. At that time, his supervision officer instructed him to remain at his residence at all times unless he had to leave for urinalysis testing or medical appointments. Further, he was instructed to contact his supervising officer if he had to leave his residence for those purposes.

Prob12C
**Re: Hall, Eddie Ray**
**February 12, 2021**
**Page 3**

On February 11, 2021, the probation officer attempted to contact Mr. Hall at his approved residence. Mr. Hall was not present at the residence and multiple attempts were made to contact him via telephone and text. Additionally, the probation officer attempted to locate him at his previous address. The offender made no known efforts to contact his supervising officer to request permission to leave his residence, and all efforts to locate him were unsuccessful. As of this writing, the offender's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/16/2021
Date