PROB 12C
(6/16)

Report Date: February 18, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 195 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(August 18, 2020) | Prison - Time Served<br>TSR - 60 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 19, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: August 18, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/3/2020, 12/14/2020, 12/21/2020, and 02/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 19:**: You must abstain from the use of illegally controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 19, by failing to submit to sweat patch testing on February 12, 2021. |
| | On September 17, 2020, Mr. Hall agreed to modify his conditions of supervision to include sweat patch testing to assist the supervising officer in confirming his abstinence from the use of controlled substances.  On September 21, 2020, the Court ordered the above-referenced modification. |

Prob12C
**Re: Hall, Eddie Ray**
**February 18, 2021**
**Page 2**

On February 12, 2021, Mr. Hall failed to report to Compliance Monitoring Systems for the removal of his sweat patch.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 18, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/19/2021
Date