# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. EDDIE RAY HALL**     Case No. **2:09-CR-116-RHW-1**

Spokane Video Conference
The Defendant consented to appear via video conference

## Initial Appearance on Supervised Release Petition:     03/04/2021

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Earl Hicks, US Atty (VTC) |
| ☒ | Lori Cross, US Probation / Pretrial Services Officer (Telephonic) | ☒ | Colin Prince, Defense Atty (VTC) |
| ☒ | Defendant present ☒ in custody USM (VTC/SCJ) | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Detention previously addressed | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☒ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant appeared, in custody, with counsel. All parties appeared by video conference/ telephonic due to COVID-19 precautions.

The Defendant acknowledged to the Court that his true and correct name is: EDDIE RAY HALL.

Defendant was advised of his rights and the allegations contained in the violation petition (ECF No. 283). Defendant was previously advised on violations 1-7.

Counsel has been appointed to represent Defendant and that appointment shall continue.

Government continues to believe detention is appropriate.

Defendant again waived preliminary and detention hearings at this time but reserved the right to revisit issue of detention should circumstances change.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| Detention Hrg on Petition: *Waived by Defendant*; USA's Motion for Detention is *granted*. *Subject to right to return before the Court should circumstances change.* | Preliminary Hrg: *Waived by Defendant* | Revocation Hrg: 04/13/2021 @ 11:00 a.m. [S/RHW] |
|---|---|---|