PROB 12C
(6/16)

Report Date: February 26, 2021

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 01, 2021
SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:09CR00116-RHW-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 195 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(August 18, 2020) | Prison - Time Served<br>TSR - 60 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 19, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: August 18, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/3/2020, 12/14/2020, 12/21/2020, 2/12/2021, and 2/18/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| 9 | **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: The offender is alleged to have violated mandatory conditions number 2 and 3, by unlawfully possessing a controlled substance, methamphetamine, on or about February 19, 2021.

Prob12C
**Re: Hall, Eddie Ray**
**February 26, 2021**
**Page 2**

On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not commit another federal, state, or local crime.

On February 19, 2021, the offender was arrested on the outstanding federal warrant. According to Spokane Police Department incident report 2021-20026986, officers responded to the Rodeway Inn located in Spokane, Washington, after receiving information that Mr. Hall was at the motel with an unidentified female. It should be noted, law enforcement had also received information that Mr. Hall was possibly involved in trading firearms with his drug supplier in exchange for illegally controlled substances.

Officers were aware of his outstanding federal warrant and they located the vehicle he was known to be driving in the motel parking lot. A short time later, Mr. Hall was observed pulling his vehicle up to another car in the motel parking lot. He was outside his vehicle when officers approached him, and he proceeded to dive through the open front driver's door and into the driver's seat of his vehicle. Officers rushed to remove him from the vehicle, as it was unclear if he was trying to access a weapon or trying to drive away. The officers successfully detained the offender and he was placed into custody.

Subsequently, a search was conducted and officers discovered two plastic bags containing ½ pound and 1/8 ounce of suspected methamphetamine. Mr. Hall also possessed a methamphetamine pipe and a large amount of U.S. currency in his wallet. The seized items were transported to the Spokane Drug Enforcement Agency (DEA) Office to be processed.

As of this writing, it is unknown if criminal charges are being filed in relation to the aforementioned incident.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | February 26, 2021 |
| | s/Lori Cross |
| | Lori Cross<br>U.S. Probation Officer |

Prob12C
**Re: Hall, Eddie Ray**
**February 26, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/1/2021
Date