FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE RAY HALL,<br><br>Defendant. | No. 2:09-CR-00116-RHW-1<br><br>ORDER FOLLOWING<br>INITIAL APPEARANCE<br>ON PETITION |

At Defendant's March 4, 2021, initial appearance based on a petition for action, post-conviction, filed March 1, 2021, **ECF No. 283**, alleging violations, Nos. 8 and 9, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Colin Prince represented the Defendant and appeared by video from another location. Assistant U.S. Attorney Earl Hicks represented the United States and appeared by video from a separate location. United States Probation Officer Lori Cross was present telephonically. At the time of the hearing, Defendant consented to proceeding by video.

Defendant was advised of, and acknowledged, his rights.

Defendant did not dispute that probable cause exists for purposes of scheduling a supervised release revocation hearing. Accordingly, the Court finds **PROBABLE CAUSE** to hold Defendant to respond to the violations set forth in the Petition, **ECF No. 283**.

ORDER - 1

The matter of detention having already been addressed, **IT IS ORDERED** Defendant shall be held in detention pending the revocation hearing, or until further order of the court.

If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel or U.S. Probation objects, and if a hearing is desired. This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

**IT IS SO ORDERED.**

DATED March 4, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2