

Colin G. Prince
Chief Appellate Attorney
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606

# United States District Court
# Eastern District of Washington

| | |
|---|---|
| United States of America, | No. 2:09-cr-0116-RHW |
| Plaintiff, | Motion to Withdraw |
| v. | |
| Eddie Ray Hall, | |
| Defendant. | |

Counsel respectfully moves to withdraw from this matter based on a conflict of interest. Since entering a notice of appearance, counsel has learned that the Federal Defenders Office has an unwaivable conflict regarding another active client. The defense has already advised Mr. Hall of the issue and asks that the Court appoint new counsel.

Dated: June 11, 2021.

Federal Defenders of Eastern Washington & Idaho
s/ Colin G. Prince
Colin G. Prince, WSBA #43166
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Colin_Prince@fd.org

## Service Certificate

I certify that on June 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: James Goeke.

s/ Colin G. Prince
Colin G. Prince, WSBA #43166
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Colin_Prince@fd.org