FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDDIE RAY HALL,<br><br>  Defendant. | NO: 09-CR-00116-RHW-1<br><br>ORDER GRANTING MOTION TO CONTINUE REVOCATION HEARING<br><br>(ECF No. 298) |

Before the Court is Defendant's Motion to Continue Revocation Hearing. ECF No. 298. The Court will **GRANT** the motion. The Revocation of Supervised Release Hearing set for July 23, 2021 at 10:00 a.m. is **STRICKEN**. Upon the request of counsel or the U.S. Probation Office, the Court will reschedule the hearing.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue Revocation Hearing, **ECF No. 298**, is **GRANTED**.

Order Granting Motion to Continue Revocation Hearing ~ 1

2. The Revocation of Supervised Release Hearing set on July 23, 2021 is **STRICKEN**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and U.S. Probation Office.

**DATED** this 15th day of June, 2021.

                                          *s/ Robert H. Whaley*
                                         ROBERT H. WHALEY
                          Senior United States District Court Judge