PROB 12C
(6/16)

Report Date: October 25, 2021

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2021

SEAN F. MCAVOY, CLERK

**Revised Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Eddie Ray Hall                           Case Number: 0980 2:09CR00116-SMJ-1

Address of Offender:                                       Spokane, Washington 99260

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: April 21, 2011

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 195 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 19, 2020 |
| Defense Attorney: | Gordon Stoa | Date Supervision Expires: August 18, 2025 |

**PETITIONING THE COURT**

**Please Note:** The original petition was filed by the Court on March 1, 2021. The purpose of this petition is to reflect updated information regarding violations number 8 and 9.

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/3/2020, 12/14/2020, 12/21/2020, 2/12/2021, and 2/18/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

Prob12C
Re: Hall, Eddie Ray
October 25, 2021
Page 2

On August 27, 2020, Mr. Hall's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not commit another federal, state, or local crime. He was also made aware that he must not unlawfully possess a controlled substance.

According to Spokane Police Department incident report 2021-20026986, on February 19, 2021, officers responded to the Rodeway Inn located in Spokane, Washington, after receiving information that Mr. Hall was at the motel with an unidentified female. It should be noted, law enforcement had also received information that Mr. Hall was possibly involved in trading firearms with his drug supplier in exchange for illegally controlled substances.

Officers were aware Mr. Hall had an outstanding federal warrant and they located the vehicle he was known to be driving in the motel parking lot. A short time later, Mr. Hall was observed pulling his vehicle up to another car in the motel parking lot. He was outside his vehicle when officers approached him, and he proceeded to dive through the open front driver's door and into the driver's seat of his vehicle. Officers rushed to remove him from the vehicle, as it was unclear if he was trying to access a weapon or trying to drive away. The officers successfully detained the offender and he was placed into custody.

Subsequently, a search was conducted and officers discovered two plastic bags containing ½ pound and 1/8 ounce of suspected methamphetamine. Mr. Hall also possessed a methamphetamine pipe and a large amount of U.S. currency in his wallet. The seized items were transported to the Spokane Drug Enforcement Agency (DEA) Office to be processed.

On September 8, 2021, an indictment was filed in the Eastern District of Washington, charging Mr. Hall with Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), in case number 2:21CR00120-SMJ-1. Subsequently, a warrant was issued for the offender's arrest and the Court ordered that he remain detained.

As of this writing, a pretrial conference is scheduled for November 9, 2021, and a jury trial has been set for November 29, 2021.

Prob12C
Re: Hall, Eddie Ray
October 25, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 25, 2021

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/25/2021
Date